UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:21-cr-0130-JMS-MJD |
| ) | |
| TYRONE ROSS, ) | |
| ) | |
| Defendant. ) | |

## **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, by counsel, John E. Childress, Acting United States Attorney for the Southern District of Indiana, and Peter A. Blackett, Assistant United States Attorney, and petitions the Court for a Writ of Order of Habeas Corpus Ad Prosequendum to require the presence of Defendant TYRONE ROSS, Date of Birth XX/XX/1991, now confined at the, Marion County Jail, 40 S. Alabama, Indianapolis, IN 46204 , in the custody of the Warden, before the United States District Court, Southern District of Indiana, at Indianapolis, Indiana, and to remain in the custody of the United States for all other necessary proceedings in this case.

WHEREFORE, the government respectfully petitions the Court for a Writ of Order of Habeas Corpus Ad Prosequendum to require the presence of TYRONE ROSS, and to remain in the custody of the United States for all other necessary proceedings in this case.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney


By:   *s/Peter A. Blackett*
      Peter A. Blackett
      Assistant United States Attorney
      Office of the United States Attorney
      10 W. Market Street, Suite 2100
      Indianapolis, IN 46204-3048
      Telephone: (317) 226-6333
      Fax:    (317) 226-6125
      Email: Peter.Blackett@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 26, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        By:    s/*Peter A. Blackett*
                  Peter A. Blackett
                  Assistant United States Attorney
                  Office of the United States Attorney
                  10 W. Market Street, Suite 2100
                  Indianapolis, IN 46204-3048
                  Telephone: (317) 226-6333
                  Fax:  (317) 226-6125
                  Email:  Peter.Blackett@usdoj.gov