UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

MAY 31 2022

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:21-cr-000130-JMS-MJD |
| ) | |
| TYRONE ROSS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MANUAL FILING

The United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Peter A. Blackett, Assistant United States Attorney, now provides notice of the manual filing of a supporting exhibit (video) which may be referenced in the government's argument at sentencing. This attachment has been provided to the defendant's counsel of record.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   /s/ Peter A. Blackett
      Peter A. Blackett
      Assistant United States Attorney


SCANNED

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022 a copy of the foregoing Notice of Manual Filing was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Peter A. Blackett
Peter A. Blackett
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333

